COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NAJY LYOUBI, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>  Defendant. | Case Number:<br>2:21-cv-01496-GMN-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Najy Lyoubi ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned

matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 31st day of May, 2022.                      Dated this 31st day of May, 2022.

COGBURN LAW                                           CLARK HILL PLLC

By: */s/Erik W. Fox*                                   By: */s/Gia N. Marina*
    Jamie S. Cogburn, Esq.                                 Gia N. Marina, Esq.
    Nevada Bar No. 8409                                    Nevada Bar No. 15276
    Erik W. Fox, Esq.                                      3800 Howard Hughes Parkway, Suite 500
    Nevada Bar No. 8804                                    Las Vegas, NV 89169
    2580 St. Rose Parkway, Suite 330                       *Attorney for Equifax Information Services*
    Henderson, Nevada 89074                                *LLC*
    *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  31   day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT